MURIEL H. EICHELBERGER, ADMINISTRATRIX AD PROS-
EQUENDUM, RESPONDENT, v. INTER-CITY TRANSPOR-
TATION CO., INC., ET AL., APPELLANTS.

Submitted May 31, 1940—Decided October 10, 1940.

For the respondent, *Cecil A. Hart.*

For the appellants, *Charles A. Rooney.*

PER CURIAM.

The judgment under review herein should be affirmed, for
the reasons expressed in the opinion delivered by Mr. Justice
Donges in the Supreme Court.

*For affirmance*—THE CHANCELLOR, PARKER, CASE, BODINE,
PERSKIE, DEAR, WELLS, WOLFSKEIL, RAFFERTY, HAGUE,
JJ.  10.

*Concurring in the result*—HEHER, J.  1.